# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY DEETS, | 3:08-cv-00655-RCJ (RAM) |
| Plaintiff, | **ORDER** |
| vs. | |
| RUDY CASTILLO, | |
| Defendant. | |

Plaintiff commenced this action pursuant to 42 U.S.C. § 1983 on December 15, 2008. (Doc. #1). On September 9, 2009, Plaintiff filed a motion for leave to file a first amended complaint. (Doc. #12.) On October 28, 2009, the court granted the motion (Doc. #26) and received Plaintiff's First Amended Complaint for screening (Doc. #27).

On January 20, 2010, Defendant moved for summary judgment based on Plaintiff's original complaint. (Doc. #30.) Because Plaintiff has filed an amended complaint, this motion is moot. After Plaintiff's complaint is screened and filed, Defendant may renew his motion for summary judgment.

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. #30) is **DENIED** without prejudice and with leave to renew.

DATED: May 12, 2010.

_____
UNITED STATES MAGISTRATE JUDGE