**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RANDY DEETS,  )
               Plaintiff,  )  3:08-CV-00655-RCJ(RAM)
   v.  )
RUDY CASTILLO, *et al.*,  )  **ORDER**
               Defendants.  )
_____ )

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#68) ("Recommendation") entered December 9, 2011, in which the Magistrate Judge recommends that this Court grant Defendants' Motion FOR Summary Judgment (#59).

No objection to the Report and Recommendation has been filed.

**I. D**ISCUSSION

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Id. at 149. Similarly, the Ninth Circuit has recognized that a district court is not required to review a magistrate

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

1  judge's report and recommendation where no objections have been filed. See United States v. Reyna-
2  Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court
3  when reviewing a report and recommendation to which no objections were made); see also Schmidt v.
4  Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in Reyna-
5  Tapia as adopting the view that district courts are not required to review "any issue that is not the subject
6  of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then this Court
7  may accept the recommendation without review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting,
8  without review, a magistrate judge's recommendation to which no objection was filed).

9  In this case, there have been no objections filed to the Magistrate Judge's Report and
10 Recommendation.  Although no objection was filed, this Court has reviewed the Report and
11 Recommendation (#68) and accepts it. Accordingly,

12 IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#59) is
13 GRANTED. The Clerk shall enter judgment accordingly.

14 IT IS SO ORDERED.

15 DATED: This 13th day of February, 2012.

_____
ROBERT C. JONES
Chief District Court Judge